State of Connecticut

Town of **Hamden**                                                                                     June 11, 2020

County of New Haven

    Then and there by virtue hereof and the special direction of Plaintiff's Attorney, I made due and legal service upon the within named defendant: **Quinnipiac University,** by leaving with and within the hands of **Sergeant Bob Roirdan in the Public Safety Office** at **275 Mount Carmel Avenue, Hamden, Connecticut,** a true and attested copy of the within, Summons in a Civil Case, Civil Cover Sheet, Class Action Complaint, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, & Notice to Counsel and Self Represented Parties, with my endorsement thereon.

    The within and foregoing is the original, Summons in a Civil Case, Civil Cover Sheet, Class Action Complaint, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, & Notice to Counsel and Self Represented Parties, with my doings endorsed hereon.

Attest:

*John Barbieri Jr*
John Barbieri Jr.
State Marshal

| | |
|---|---|
| Services: | $ 40.00 |
| Pages: | $ 36.00 |
| Endorsements: | $  1.20 |
| Miles: | $ 17.25 |
| | |
| Total Due: | $ 94.45 |