UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZOEY METZNER, | : | |
| | : | |
| Plaintiff, | : | |
| V. | : | CIVIL NO. 3:20-cv-00784 |
| | : | |
| QUINNIPIAC UNIVERSITY, | : | |
| | : | |
| | : | |
| Defendant. | : | JUNE 19, 2020 |
| | : | |
| | : | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7(b), the Defendant, Quinnipiac University ("Quinnipiac"), respectfully moves for a thirty (30) day extension of time thirty, up to and including August 3, 2020, to answer, move, or otherwise respond to the Plaintiff's Complaint.

The current deadline for Quinnipiac to file a responsive pleading is July 2, 2020. This is Quinnipiac's first request for an extension of the deadline to respond to the Plaintiff's Complaint. This extension is being sought in good faith for a proper purpose and is not intended to unduly or unnecessarily delay these proceedings. Specifically, this extension is necessary and appropriate given the complexity of the allegations and issues presented by the Plaintiff's Complaint and the limitations on Quinnipiac and its counsel as a result of the COVID-19/Coronavirus pandemic.

Prior to filing this motion, Quinnipiac conferred with counsel for the Plaintiff and confirmed that the Plaintiff consents to the extension of Quinnipiac's deadline to answer, move, or otherwise respond to the Complaint until August 3, 2020.

WHEREFORE, the Defendant, Quinnipiac University, respectfully moves for the entry of an order extending the deadline by which it must answer, move, or otherwise respond to the Complaint until August 3, 2020.

DEFENDANT,
QUINNIPIAC UNIVERSITY,


By____/s/ Edward J. Heath_____
    Edward J. Heath (ct20992)
    Wystan Ackerman (ct24090)
    Elizabeth Leong (ct24453)
    Dan A. Brody (ct30301)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    E-mail: eheath@rc.com;
    wackerman@rc.com; eleong@rc.com;
    dbrody@rc.com

**CERTIFICATION**

I hereby certify that on June 19, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Edward J. Heath*
Edward J. Heath