Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould   RPTR/ECRO/TAPE Tracy Gow

TOTAL TIME: _____ hours  36  minutes
DATE: 12/02/2020   START TIME: 2:01pm   END TIME: 2:37pm
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:20-cv-00784-KAD

Metzner et al                                         Daniel Kurowski; Craig A. Raabe
                                                      Plaintiff's Counsel
                vs
Quinnipiac University                                 Edward Heath, D. Brody, E. Leong
                                                      Defendant's Counsel   Wystan Ackerman

**COURTROOM MINUTES- CIVIL**

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 35 Motion to Dismiss            ☐ granted ☐ denied ☑ advisement
☐ ..... # ____ Motion ____                ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____                ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____                ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____                ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____                ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion ____                ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion ____           ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion ____           ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion ____           ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion ____           ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ____   ☐ Proposed Findings due ____   Response due ____
☐ ..........   ____                                          ☐ filed ☐ docketed
☐ ..........   ____                                          ☐ filed ☐ docketed
☐ ..........   ____                                          ☐ filed ☐ docketed
☐ ..........   ____                                          ☐ filed ☐ docketed
☐ ..........   ____                                          ☐ filed ☐ docketed
☐ ..........   ____                                          ☐ filed ☐ docketed
☐ ..........   ____ Hearing continued until ____ at ____

Notes: