UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZOEY METZNER, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| V. | : | CIVIL NO. 3:20-cv-00784 |
| | : | |
| QUINNIPIAC UNIVERSITY, | : | |
| | : | |
| | : | |
| Defendant. | : | FEBRUARY 1, 2021 |
| | : | |
| | : | |

**QUINNIPIAC UNIVERSITY'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Quinnipiac University ("Quinnipiac") respectfully submits for the Court's consideration this Notice of Supplemental Authority to alert the Court of a recent decision issued in *Hassan v. Fordham Univ.*, No. 20-cv-3265, 2021 WL 293255 (S.D.N.Y. Jan. 28, 2021). In *Hassan*, Judge Kimba M. Wood granted a motion to dismiss a similar tuition-based putative class action complaint relating to a college's decision to transition its spring 2020 semester to a virtual format in response to COVID-19. The order dismissed claims for breach of contract, unjust enrichment, conversion, and money had and received. A true and correct copy of this order is attached as **Exhibit 1**.

- 2 -

This recent decision is relevant to Quinnipiac's same arguments on breach of contract, breach of implied contract, unjust enrichment, and conversion. Quinnipiac asks that the Court consider this new decision when assessing the parties' arguments in this matter.

DEFENDANT,
QUINNIPIAC UNIVERSITY,


By____*/s/ Edward J. Heath*_____
    Edward J. Heath (ct20992)
    Wystan M. Ackerman (ct24090)
    Elizabeth R. Leong (ct24453)
    Dan A. Brody (ct30301)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    E-mail: eheath@rc.com;
    wackerman@rc.com; eleong@rc.com;
    dbrody@rc.com

- 3 -

## CERTIFICATION

I hereby certify that on February 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Edward J. Heath*
Edward J. Heath
