UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZOEY METZNER, *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| V. | : | CIVIL NO. 3:20-cv-00784 |
| | : | |
| QUINNIPIAC UNIVERSITY, | : | |
| | : | |
| | : | |
|     Defendant. | : | MARCH 5, 2021 |
| | : | |
| | : | |

**QUINNIPIAC UNIVERSITY'S NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Quinnipiac University ("Quinnipiac") respectfully submits for the Court's consideration this Notice of Supplemental Authority to alert the Court of a recent decision that consolidated Motions to Dismiss in five cases brought against four universities located in Rhode Island: *Burt v. Bd. of Trustees Univ. of Rhode Island*, No. 20-465-JJM-LDA, *Thomson v. Bd. of Trustees Univ. of Rhode Island*, No. 20-295-JJM-LDA, *Choi v. Brown Univ.*, No. 20-191-JJM-LDA; *Washington v. Johnson & Wales Univ.*, No. 20-246-JJM-LDA; and *Simmons-Telep v. Roger Williams Univ.*, No. 20-226-JJM-LDA, 2021 WL 825398 (D.R.I. Mar. 4, 2021). Chief Judge John J. McConnell, Jr. granted the motions to dismiss the breach of contract claims in which the plaintiffs sought refunds for tuition because of the universities' decisions to transition their spring 2020 semesters to a virtual format in response to COVID-19. The court also dismissed claims for unjust enrichment, conversion, and money had and received, and allowed

only certain claims for fee refunds to proceed. A true and correct copy of this opinion and order is attached as **<u>Exhibit 1</u>**.

This recent decision is relevant to Quinnipiac's arguments relating to the Plaintiffs' breach of contract, breach of implied contract, unjust enrichment, and conversion claims. Quinnipiac asks that the Court consider this new decision when assessing the parties' arguments in this matter.

DEFENDANT,
QUINNIPIAC UNIVERSITY,


By   */s/ Edward J. Heath*
   Edward J. Heath (ct20992)
   Wystan M. Ackerman (ct24090)
   Elizabeth R. Leong (ct24453)
   Dan A. Brody (ct30301)
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299
   E-mail: eheath@rc.com;
   wackerman@rc.com; eleong@rc.com;
   dbrody@rc.com

## CERTIFICATION

I hereby certify that on March 5, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                             */s/ Edward J. Heath*
                                                            Edward J. Heath