UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZOEY METZNER and DOMINIC GRAVINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>      Defendant. | No. 3:20-cv-00784-KAD<br><br>Judge Kari A. Dooley<br><br>November 8, 2021 |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION AMEND
<u>CERTAIN DATES IN THE CASE SCHEDULE</u>**

  This matter, having come before the Court on Plaintiffs' Unopposed Motion to Amend Certain Dates in the Case Schedule, for the reasons provided therein and for good cause shown, Plaintiffs' motion is GRANTED.

  The following case deadlines are modified as follows:

| Event | Existing Deadline (per ECF 79) | New/Modified Date |
|---|---|---|
| Plaintiffs' motion for class certification | November 29, 2021 | March 3, 2022 |
| Damages analysis to be provided by any party who has a claim or counterclaim for damages | November 29, 2021 | March 3, 2022 |
| Designation of all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof | November 29, 2021 | March 3, 2022 |
| Depositions of any such trial experts | January 17, 2022 | April 21, 2022 |
| Defendant's opposition to the motion for class certification | February 1, 2022 | May 5, 2022 |

| Event | Existing Deadline (per ECF 79) | New/Modified Date |
|---|---|---|
| Designation of all trial experts and provide opposing counsel with reports on any issues on which they do not bear the burden of proof | February 28, 2022 | June 2, 2022 |
| Plaintiffs' reply brief in support of the motion for class certification | February 28, 2022 | June 2, 2022 |
| Depositions of any such non-burden experts | April 8, 2022 | June 30, 2022 |
| All discovery shall be completed | May 3, 2022 | May 3, 2022 for all fact discovery and June 30, 2022 for all expert discovery. |
| Telephonic Status Conference | May 10, 2022 at the Court's convenience. | No change. |
| Dispositive motions, if any (see Local Rule 56(c)) shall be filed | July 28, 2022 | No change. |

IT IS SO ORDERED

Dated: _____    By: _____
                                    Hon. Kari A. Dooley
                                    UNITED STATES DISTRICT JUDGE