UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZOEY METZNER and DOMINIC GRAVINO, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>            v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>                        Defendant. | No. 3:20-cv-00784-KAD<br><br>Judge Kari A. Dooley<br><br>February 16, 2022 |

## ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE

This matter, having come before the Court on the parties' Joint Motion to Amend Case Schedule, for the reasons provided therein and for good cause shown, the parties' motion is GRANTED.

The following case deadlines are modified as follows:

| Event | Existing Deadline | New/Modified Date |
|---|---|---|
| Plaintiffs' motion for class certification | March 3, 2022 | June 30, 2022 |
| Damages analysis to be provided by any party who has a claim or counterclaim for damages | March 3, 2022 | June 30, 2022 |
| Designation of all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof | March 3, 2022 | June 30, 2022 |
| Depositions of any such trial experts | April 21, 2022 | August 19, 2022 |
| Defendant's opposition to the motion for class certification | May 5, 2022 | September 23, 2022 |

| | | |
|---|---|---|
| Designation of all trial experts and provide opposing counsel with reports on any issues on which they do not bear the burden of proof | June 2, 2022 | September 30, 2022 |
| Plaintiffs' reply brief in support of the motion for class certification | June 2, 2022 | October 21, 2022 |
| Depositions of any such non-burden experts | June 30, 2022 | October 28, 2022 |
| All discovery shall be completed | May 3, 2022 | June 3, 2022 |
| Telephonic Status Conference | May 10, 2022 | June 14, 2022, or any date thereafter at the Court's convenience. |
| Dispositive motions, if any (see Local Rule 56(c)) shall be filed | July 28, 2022 | November 18, 2022 |

IT IS SO ORDERED.

Dated: 2/23/2022  /s/ Kari A. Dooley
_____
Hon. Kari A. Dooley
UNITED STATES DISTRICT JUDGE