**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ZOEY METZNER and DOMINIC GRAVINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>      Defendant. | No. 3:20-cv-00784-KAD<br><br>Judge Kari A. Dooley |

**JOINT STIPULATION**
**FOR REFERENCE TO ALTERNATIVE DISPUTE RESOLUTION**

  Pursuant to D. Conn. L. Civ. R. 16(h), the Parties in this action hereby jointly submit the following Stipulation for Reference to ADR for the Court's review and approval.

  1. The Parties have been engaged in settlement discussions and have agreed to proceed with ADR in the form of a nonbinding mediation conducted before a United States Magistrate Judge in this District, to be assigned by the Court.

  2. The parties have agreed that no procedures need to be completed between them prior to the mediation other than any pre-mediation submissions requested by the Magistrate Judge.

  3. The Parties will attend the mediation with full authority to settle the case in its entirety.

  4. The Parties request a stay of all case deadlines pending the outcome of the mediation process, with a revised schedule to be established if mediation is unsuccessful.

5. The Parties will immediately report to the Court after the mediation if the ADR effort has been successful, and regarding any next steps that would be necessary if a class action settlement is expected to be reached.

Dated: June 27, 2022                                    Respectfully submitted,

 /s/ Craig A. Raabe (with permission)                    /s/ Edward J. Heath

Craig A. Raabe (ct04116)
IZARD KINDALL & RAABE
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
craabe@ikrlaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Sarah N. Westcot (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
701 Brickell Ave, Suite 1420
Miami, FL 33131
(305) 330-5512
swestcot@bursor.com

Alec M. Leslie (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7410
jmarchese@bursor.com
aleslie@bursor.com

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated*

Edward J. Heath (ct20992)
Wystan M. Ackerman (ct24090)
Elizabeth R. Leong (ct24453)
Dan A. Brody (ct30301)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
T: (860) 275-8200
F: (860) 275-8299
eheath@rc.com
wackerman@rc.com
eleong@rc.com
dbrody@rc.com