UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZOEY METZNER and DOMINIC GRAVINO, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>                      Defendant. | No. 3:20-cv-00784-KAD<br><br>Judge Kari A. Dooley<br><br>**February 27, 2023** |

**PLAINTIFFS' MOTION FOR ATTORNEY FEES, COSTS, EXPENSES, AND SERVICE AWARDS**

Plaintiffs Zoey Metzner and Dominic Gravino, by and through their attorneys, hereby move under the Settlement Agreement (ECF No. 118-1 ¶ 8) and this Court's Preliminary Approval Order (ECF No. 125) to timely and respectfully request the Court approve: (1) reasonable attorneys' fees and costs totaling one third of the Settlement Fund plus expenses or $833,333.33; and (2) service awards of $3,000 for each Class Representative in recognition of their efforts and contributions to the case through their active role in pursuing the litigation and Settlement on behalf of Settlement Class Members.

First, with respect to the attorneys' fee and cost request, this Court should utilize the percentage of the fund method to calculate fees and the reasonableness of the requested fees is supported by the Second Circuit's six-factor test from *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 50 (2d Cir. 2000). Further evidence for the reasonableness of the fee request rests with a lodestar cross-check as well.

Second, the requested reasonable service awards reflect Plaintiffs' active involvement in this action and likewise should be approved. Service awards are common in class action cases

and serve to compensate plaintiffs for the time and effort expended in assisting the prosecution of the litigation, the risks incurred by becoming and continuing as a litigant, and any other burdens sustained by the plaintiff.

For the reasons provided above, in the memorandum of law, and the declarations of Daniel Kurowski, Joshua Arisohn and Craig Raabe, all of which are incorporated here by reference, and for good cause shown, Plaintiffs respectfully request that the Court (1) approve attorneys' fees, costs, and expenses in the amount of one-third of the settlement fund ($833,333.33) and (2) grant each Plaintiff a service award of $3,000 each in recognition of their efforts on behalf of the class, and (3) grant Plaintiffs all such other relief that the Court deems necessary and appropriate.

Dated: February 27, 2023

Respectfully submitted,

/s/ Daniel J. Kurowski
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

-3-

Craig A. Raabe (ct04116)
IZARD KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
craabe@ikrlaw.com

Sarah N. Wescot (*pro hac vice*)
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
(305) 330-5512
swescot@bursor.com

Joshua Arisohn (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-710
jarisohn@bursor.com
aleslie@bursor.com

*Class Counsel for the Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on February 27, 2023, I filed this document through the Court's CM/ECF system, which caused this document to be served electronically to all counsel of record. In addition, I directed true and correct copies of this document and all attachments thereto to be uploaded to the "Important Documents" section of this case's Settlement Website for public viewing, available at https://www.qusettlement.com/documents.

                                                                */s/ Daniel J. Kurowski*
                                                                Daniel J. Kurowski