## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZOEY METZNER and DOMINIC GRAVINO, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>                        Defendant. | No. 3:20-cv-00784-KAD<br><br>Judge Kari A. Dooley<br><br>February 27, 2023 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES, COSTS, EXPENSES, AND SERVICE AWARDS

This matter, having come before the Court on the Plaintiffs' motion for attorney fees, costs, expenses, and service awards ("Motion"), for the reasons provided therein and for good cause shown, Plaintiffs' Motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                                                     _____
                                                                                     Hon. Kari A. Dooley
                                                                                     UNITED STATES DISTRICT JUDGE