UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZOEY METZNER and DOMINIC GRAVINO, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>     Defendant. | No. 3:20-cv-00784-KAD |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on April 10, 2023 at 10:00 a.m. before the Honorable Kari A. Dooley, United States District Judge for the District of Connecticut, 915 Lafayette Blvd., Bridgeport, CT, Plaintiffs Zoey Metzner and Dominic Gravino, by and through Class Counsel will move and hereby do move for an order:  (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon:  (1) the accompanying Memorandum of Law, (2) the Declaration of Joshua D. Arisohn, and (3) the Declaration of Ryan Bahry of JND Legal Administration, and the exhibits attached thereto.

* * *

  A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

| | |
|---|---|
| Dated: March 27, 2023 | Respectfully submitted,<br><br> */s/ Joshua D. Arisohn*<br><br>Joshua D. Arisohn (*pro hac vice*)<br>Alec M. Leslie (*pro hac vice*)<br>BURSOR & FISHER, P.A. |

888 Seventh Avenue
New York, NY 10019
(646) 837-710
jarisohn@bursor.com

aleslie@bursor.com

Sarah N. Wescot (*pro hac vice*)
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
(305) 330-5512
swescot@bursor.com

Craig A. Raabe (ct04116)
IZARD KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
craabe@ikrlaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

*Class Counsel for the Settlement Class*