Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK: Kristen Gould     RPTR/ECRO/TAPE: Tracy Gow

TOTAL TIME: ___ hours  10 minutes

DATE: 4/10/2023     START TIME: 9:57am     END TIME: 10:07am

LUNCH RECESS     FROM: ___     TO: ___
RECESS (if more than ½ hr)     FROM: ___     TO: ___

CIVIL NO. 3:20-cv-00784-KAD

Metzner                                              D.Kurowski, J.Arisohn, C.Raabe
                                                     Plaintiff's Counsel
              vs
Quinnipiac University                                E.Heath, W.Ackerman
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ PL #127 Motion for Attorney Fees, Costs, Expenses         ☑ granted  ☐ denied  ☐ advisement
☑ PL #128 Motion for Settlement Final Approval of Class Action  ☑ granted  ☐ denied  ☐ advisement

Notes: Judgment to enter